

**QCS**
QUALIA COLLECTION SERVICES

PO Box 4699
Petaluma, CA 94955
(844) 598-5454

Office Hours:
Monday - Friday 6:00am - 5:00pm PST

## ACCOUNT SUMMARY

| | |
|---|---|
| Original Creditor: | Capital One N.A. |
| Current Creditor: | Kohl's Dept. Stores Inc. |
| RE: | Kohl's Dept. Stores Inc. |
| Agency Account #: | |
| Reference #: | |
| Principal: | $266.28 |
| Fees: | $294.62 |
| Interest: | $0.00 |
| Balance Due: | $560.90 |

## PAYMENT OPTIONS

Website
www.payQCS.com

Pay By Phone
(855) 593-5047

Mail
PO Box 4699
Petaluma, CA 94955

*(Please use the payment coupon and return envelope provided)*

November 8, 2016

Dear Patricia A Hull:

Your account has been assigned to our agency by Kohl's Dept. Stores Inc. for collection.

To pay your bill, please send your payment to the address below. In addition, payments may be made online at www.payQCS.com, or by phone at (855) 593-5047.

If you cannot pay the entire amount, please call the telephone number below to make arrangements to pay.

(844) 598-5454

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and have such verification mailed to you. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

*** Please detach the lower portion and return with your payment ***

Y1C6C94C69

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

November 8, 2016

Patricia A Hull



IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

VISA

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | |
| SIGNATURE | | AMOUNT PAID |

Account #:
Balance Due: $560.90

QUALIA COLLECTION SERVICES
PO BOX 4699
PETALUMA CA 94955-4699



EXHIBIT
C