IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Patricia Hull, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br><br>    v.<br><br>Optio Solutions, LLC, a Delaware limited liability company, d/b/a Qualia Collection Services,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:17-cv-2470-SEB-MPB |

Acknowledged.

Plaintiff's individual claims are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice.

Date: ___1/19/2018___

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**STIPULATION OF DISMISSAL**

The parties having reached a settlement of Plaintiff's individual claims with the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and dismissal of the claims of the putative class members without prejudice.

Dated: January 17, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465

One of Defendant's Attorneys

/s/ Brandon S. Stein
Brandon S. Stein (Ill. Bar No. 06321565)
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice.

Dated: _____ __, 2018

ENTERED:

_____
Judge, United States District Court